## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JAHARI JACKSON ALLEN

§
§          Case No.: 08-03898
§
§
§
Debtor(s)                                                    §

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 02/20/2008.

2)   This case was confirmed on 05/14/2008.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was completed on 04/20/2011.

6)   Number of months from filing to the last payment:  38

7)   Number of months case was pending:  44

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $     2,450.00

10)   Amount of unsecured claims discharged without payment $   41,871.05

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $    9,269.64 |
| Less amount refunded to debtor | $      269.64 |
| **NET RECEIPTS** | $    9,000.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,500.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $      613.69 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    4,113.69 |
| Attorney fees paid and disclosed by debtor | $         .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 1,145.00 | 1,152.47 | 1,152.47 | 162.38 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,443.51 | 2,443.51 | 2,443.51 | 344.29 | .00 |
| PORTFOLIO ACQUISITIO | UNSECURED | 1,356.00 | 1,356.10 | 1,356.10 | 191.07 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,175.18 | 1,175.18 | 1,175.18 | 165.58 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 5,475.00 | 5,475.00 | 771.43 | .00 |
| ALLIANCE ONE | UNSECURED | 137.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | 1,356.00 | NA | NA | .00 | .00 |
| NEXTELL | OTHER | .00 | NA | NA | .00 | .00 |
| AMERIARE COV | UNSECURED | 109.00 | NA | NA | .00 | .00 |
| K MART | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,579.00 | NA | NA | .00 | .00 |
| KMART | OTHER | NA | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF ELMHURST | OTHER | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| BARONS CREDITORS SER | UNSECURED | 2,862.00 | NA | NA | .00 | .00 |
| PCRM INC YORKBROOK A | OTHER | .00 | NA | NA | .00 | .00 |
| BARONS CREDITORS SER | UNSECURED | NA | NA | NA | .00 | .00 |
| PCRM INC YORKBROOK A | OTHER | NA | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,200.00 | 6,139.00 | 6,139.00 | 864.99 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COLLECTION | UNSECURED | 431.00 | NA | NA | .00 | .00 |
| SBC AMERITECH | OTHER | .00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | 558.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 5,578.00 | 5,578.17 | 5,578.17 | 785.96 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 1,050.00 | NA | NA | .00 | .00 |
| WOMENS HEALTH CONSUL | OTHER | .00 | NA | NA | .00 | .00 |
| ENTERPRISE RENTAL CA | OTHER | 500.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 566.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | 959.00 | 959.00 | 959.00 | 135.12 | .00 |
| INTL ACADEMY OF DESI | OTHER | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,836.00 | 3,040.84 | 3,040.84 | 428.45 | .00 |
| ISAC | UNSECURED | 1,169.00 | .00 | .00 | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 168.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NA | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 1,847.00 | 2,656.00 | 2,656.00 | 374.23 | .00 |
| SIM EDUCATION CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,176.00 | .00 | .00 | .00 | .00 |
| SIM EDUCATION CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | NA | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL STUDENT LOA | UNSECURED | 2,333.00 | .00 | .00 | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | 528.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SERVIC | UNSECURED | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA OPER | OTHER | NA | NA | NA | .00 | .00 |
| NCO FIN/55 | UNSECURED | 2,103.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 663.00 | 662.66 | 662.66 | 93.37 | .00 |
| SBC | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 363.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 347.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | OTHER | .00 | NA | NA | .00 | .00 |
| PARTNERSHIP CONCEPTS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PAYDAY LOANS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PINNACLE MANAGEMENT | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | NA | NA | NA | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | 616.00 | NA | NA | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | NA | NA | NA | .00 | .00 |
| TCF BANK | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF FOREST PA | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| STATE FARM | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| STATE FARM | UNSECURED | .00 | NA | NA | .00 | .00 |
| STATE FARM | OTHER | .00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 345.00 | 443.32 | 345.00 | 345.00 | .00 |
| B-REAL LLC | UNSECURED | NA | 363.39 | 363.39 | 51.20 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REV | PRIORITY | NA | 145.72 | 145.72 | 145.72 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 97.00 | 97.00 | 13.67 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NA | .00 | 98.32 | 13.85 | .00 |
| US BANCORP | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 345.00 | 345.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 345.00 | 345.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 145.72 | 145.72 | .00 |
| **TOTAL PRIORITY:** | 145.72 | 145.72 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 31,196.64 | 4,395.59 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 4,113.69 |
| Disbursements to Creditors | $ | 4,886.31 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 9,000.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    10/06/2011                          /s/ Tom  Vaughn
                                              Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**